

# Orange County Clerk - Court Records Search

## 2023-CA-017767-O : CHAMBERS, GENE vs. PROGRESSIVE SELECT INSURANCE COMPANY

| | | | |
|---|---|---|---|
| Case Type: | CA - Insurance Claims | Date Filed: | 12/19/2023 |
| Location: | Div 35 | UCN: | 482023CA017767A001OX |
| Judge: | Margaret H Schreiber | Status: | Pending |
| Citation Number: | CA - Insurance Claims | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| GENE CHAMBERS FOR THE BANKRUPTCY ESTATE OF ANGELA BORRERO TRST | Plaintiff | RYAN YOUNG | 407-244-3000 |
| PROGRESSIVE SELECT INSURANCE COMPANY | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 1/22/2024 | Notice | 9 |
| | Comments: OF REMOVAL TO FEDERAL COURT | |
| 12/20/2023 | Summons Issued Electronically as to | 2 |
| | Comments: emailed atty | |
| 12/19/2023 | General Standing Case Management Plan/Order | 3 |
| 12/19/2023 | Complaint | 81 |
| 12/19/2023 | Civil Cover Sheet | 3 |
| 12/19/2023 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 12/19/2023 | Transaction Assessment | | 410.00 |
| 12/19/2023 | Payment | Ryan Young | -410.00 |
| | Balance Due: | | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |