ORDERED.

Dated: May 03, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**ANGELA MARIA SEDA BORRERO,**   Case No. 6:22-bk-04290-LVV
                                 Chapter 7

                    **Debtor.**
_____/

**ORDER APPROVING EMPLOYMENT**
**OF SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE**

This matter came on for consideration of the Application For Approval of Employment of Special Counsel to Chapter 7 Trustee (the "Application") (Doc. No. 19) filed by Gene T. Chambers, Chapter 7 Trustee, to hire Kenneth J. McKenna and the law firm of Dellecker Wilson King McKenna Ruffier & Sos LLP as special counsel for the bankruptcy estate. Upon review of the Application and the record, it is

**ORDERED**:

1.  The Application (Doc. No. 19) is **APPROVED**.

2.  Applicant may employ Kenneth J. McKenna and the law firm of Dellecker Wilson King McKenna Ruffier & Sos LLP as special counsel as requested in the Application.

3.  Compensation will be determined later in accordance with 11 U.S.C. §330. Any compensation using an hourly rate or contingency amount in the Application is not guaranteed and is

Exhibit A

subject to review. The determination of the Bankruptcy Court regarding fees paid to Special Counsel will be final and will supercede any state court fee award or other agreements.

   4.  No payment may be made to Kenneth J. McKenna and the law firm of Dellecker Wilson King McKenna Ruffier & Sos LLP, special counsel absent submission of an application for compensation and Court approval thereof.

Attorney, Cynthia E. Lewis, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.