

# PAUL & PERKINS
ATTORNEYS AND COUNSELORS AT LAW

Monday, October 15, 2018

VIA FAX: (407) 618-8836

Joann Harry *Jowanna H.*
Progressive Insurance



REVIEWED
OCT 18 2018
JOWANNA HENRY

| Re: | Your Insured: | Angela Maria Seda Borrero |
|---|---|---|
| | Claim Number: | 182159152 |
| | Policy Number: | 909386816 |
| | Our Client: | James Spalding |
| | Date of Accident: | October 1, 2018 |

Dear Sir/Madam:

Please be advised that I have been retained to represent James Spalding for injuries and damages he sustained in an accident caused by the negligence of your insured. Please provide me with Angela Maria Seda Borrero's coverage information in effect at the time of the accident as follows:

A statement, under oath, of a corporate officer or the insurer's claims manager or superintendent setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance:

(a) The name of the insurer;
(b) The name of each insured;
(c) The limits of the liability coverage;
(d) A statement of any policy or coverage defense that you reasonably believe is available to such insurer at the time of filing such statement;
(e) Information concerning any notices of termination, cancellation or modification relating to these policies of insurance;
(f) A certified copy of any policy referred to in the statement; and
(g) In addition, the insured, or her/his insurance agent, shall by written statement disclose the name and coverage, under oath, of each known insurer and shall forward such request for information as required by this subsection to all additional insurers.

Thank you for your consideration and cooperation in this matter. If you have any questions, please do not hesitate to contact my office.

Kindest regards,



Paul C. Perkins, Jr., Esq.

---

711 N. Orlando Ave., Ste. 202          PAULANDPERKINS.COM          407.540.0122
Maitland, FL 32751                                                 800.736.7623

Exhibit C