**PROGRESSIVE**
Progressive Claims Branch
901 N. Lake Destiny Rd
Suite 200
Maitland, Florida 32751
Tel#407-618-8858
Fax#407-618-8836

October 22, 2018

Paul & Perkins
Attn: Paul Perkins, Jr Esq
711 N. Orlando Ave
Suite 202
Maitland, FL 32751

RE:   Policy No.:        909386816
      Claim No.:         18-2159152
      Date of Loss:      10/01/2018
      Claimant(s):       James Spalding
      Named Insured:     Angela Seda

Dear Counselor:

I am the claims representative assigned to handle the above referenced accident which took place on October 01, 2018. On that date, Angela M. Seda maintained a policy of insurance with Progressive Select Insurance Company which provided bodily injury liability limits in the amount of $10,000 per person, $20,000 per accident. I have enclosed our policy disclosure package confirming this coverage.

Progressive Select Insurance Companhy hereby tenders our insured's $10,000 per person bodily injury liability limit to James Spalding, on behalf of Angela M. Seda AKA Angela Seda Borrero, in exchange for a release of the bodily injury claim(s) arising out of the above referenced accident. I have enclosed our settlement draft in the amount of $10,000 payable to Paul and Perkins PA Trust Account For the Benefit of James Spalding, as well as our **proposed** release. While a release will ultimately be required, our tender of the policy limits is not conditioned upon the execution of any particular form of release. If there are any objections to the language contained in the proposed release, please contact me so that we can reach an agreement on any necessary modifications.

If there is a policy of insurance which does or may provide uninsured / underinsured motorist coverage for this accident, you should notify that insurance carrier immediately of this settlement offer as their permission must be obtained to accept this settlement. Failure to obtain permission from the uninsured / underinsured motorist carrier could result in the inability to recover benefits which would otherwise be available.

The settlement offer detailed above is for the above referenced bodily injury claim(s) only and does not include any claims for property damage. If there are any claims for property damage as a result of the accident, please notify me immediately so that I may consider those items for payment under our insured's separate property damage liability coverage.

Thank you for your attention to these matters. I look forward to answering any questions you may have about the contents of this letter or any issues related to this claim.

Sincerely,

Jowanna Henry
Claims Specialist Lead

Enclosures: Policy Disclosure, Proposed Release and Settlement Draft

cc: Angela Seda AKA Angela Seda Borrero

Exhibit D