Received

OCT 25 2018

Maria Ramos A109590
WPB Claims Admin

Tuesday, October 23, 2018

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

6209
Amanda Ploski
Progressive
1641 Worthington Road, Suite 200
West Palm Beach, FL 33409

      RE:    James Spalding
             Claim No.: 182159152
             Date of Accident: October 1, 2018

Dear Ms. Ploski:

      I was involved in a very serious motorcycle accident on October 1, 2018 due to the negligence of Angela Maria Seda Borrero. As a result of the accident, my 2007 Harley Davidson Dyna was totaled. At this time, I am requesting payment in the amount of $9,627.52 which was the total value of my motorcycle and helmet at the time of the accident. I have attached the Kelly Blue Book value of the motorcycle ($7,190.00), receipts and bank statement charges showing the aftermarket parts that I had installed on the motorcycle ($2,187.52), and a receipt for my helmet ($250.00).

      I am requesting payment of the $9,627.52 within ten (10) days of your receipt of this letter. Please mail the check to my home address: 30510 Alpena Street Sorrento, FL 32776. If I do not receive this payment with ten (10) days of your receipt of this letter, I will have to proceed with getting an attorney involved to file a lawsuit on my behalf.

      Sincerely,

      James Spalding

Exhibit E

*CF 1*



AFTER MARKET PARTS AND ACCESSORIES



| 08/20/2018 | J&P*CYCLES 800-3974844 800-397-4844 IA | | $452.34 |

Transaction date:          08/19/2018

Card type:                 Visa

Transaction type:          Purchases

Merchant description:      COMBINATION CATALOG
                           AND RETAIL MERCHANT

Merchant information:      800-397-4844 , IA

Reference number:          8183

Merchant Name: ?           J&P CYCLES   Edit

Transaction Category: ?    Shopping & Entertainment:
                           General Merchandise
                                Edit

| 09/21/2018 | PAYPAL *BIKEBANDITL 402-935-7733 CA | | $175.56 |
|---|---|---|---|

| | Transaction date: | 09/20/2018 |
|---|---|---|
| | Card type: | Visa |
| | Transaction type: | Purchases |
| | Merchant description: | AUTOMOTIVE PARTS, ACCESSORIES STORES |
| | Merchant information: | 402-935-7733 , CA |
| | Reference number: | 7837 |
| | Merchant Name: [?] | PAYPAL *BIKEBANDITL Edit |
| | Transaction Category: [?] | Transportation: Automotive Expenses   Edit |

| 09/03/2018 | PAYPAL *JPCYCLESLLC 800-338-1747 IA | | $165.24 |
|---|---|---|---|

| | Transaction date: | 09/02/2018 |
|---|---|---|
| | Card type: | Visa |
| | Transaction type: | Purchases |
| | Merchant description: | AUTOMOTIVE PARTS, ACCESSORIES STORES |
| | Merchant information: | 800-338-1747 , IA |
| | Offer ID: | KT2211444 |
| | Reference number: | 2627 |
| | Merchant Name: [?] | PAYPAL *JPCYCLESLLC Edit |
| | Transaction Category: [?] | Transportation: Automotive Expenses   Edit |

| 08/08/2018 | SP * MOONSMC HTTPSMOONSMC.CA | | $74.61 |
|---|---|---|---|

| | Transaction date: | 08/07/2018 |
|---|---|---|
| | Card type: | Visa |
| | Transaction type: | Purchases |
| | Merchant description: | MEN'S AND WOMEN'S CLOTHING STORES |
| | Merchant information: | HTTPSMOONSMC., CA |
| | Reference number: | 0975 |
| | Merchant Name: [?] | SP * MOONSMC   Edit |
| | Transaction Category: [?] | Shopping & Entertainment: Clothing/Shoes   Edit |

*CF 3*

| 09/13/2018 | PAYPAL *UTAHHARLEY 402-935-7733 UT | | | $179.34 |

| | Transaction date: | 09/11/2018 |
| | Card type: | Visa |
| | Transaction type: | Purchases |
| | Merchant description: | AUTOMOTIVE PARTS, ACCESSORIES STORES |
| | Merchant information: | 402-935-7733 , UT |
| | Reference number: | 8487 |
| | Merchant Name: [?] | PAYPAL *UTAHHARLEY Edit |
| | Transaction Category: [?] | Transportation: Automotive Expenses  Edit |

| 08/28/2018 | PAYPAL *HDAEBAY 402-935-7733 CA | | | $270.00 |

| | Transaction date: | 08/27/2018 |
| | Card type: | Visa |
| | Transaction type: | Purchases |
| | Merchant description: | AUTOMOTIVE PARTS, ACCESSORIES STORES |
| | Merchant information: | 402-935-7733 , CA |
| | Offer ID: | KT2211444 |
| | Reference number: | 0642 |
| | Merchant Name: [?] | PAYPAL *HDAEBAY   Edit |
| | Transaction Category: [?] | Transportation: Automotive Expenses   Edit |

*CF 4*



Date   8/18/2018
Time   1:57:14 PM
** Ronnies' Order Confirmation **
Order No:  26106

Ronnies
43 Ingraham Rd.
New Ashford, MA 01237
Phone 800-253-7667
Email questions to: parts@shopronniesharleydavidson.com

Billing Information
james  spalding
30510 alpena st
sorrento ,FL 32776
United States / Canada
Phone    : 4079600357
AltPhone : 4079600357
Fax #    :
Email    : jamspal407@icloud.com

Shipping Information
Same As Billing Information


Comments:


| Qty | Part No | Description | Price | Total |
| --- | --- | --- | --- | --- |
| 1 | 34934-06 | GASKET, PRIMARY HOUS | 12.99 | 12.99 |
| 1 | 34982-02A | BUSHING,RH,C'CASE | 1.49 | 1.49 |
| 1 | 60547-06 | GASKET, PRIMARY COVE | 27.99 | 27.99 |
| 1 | 63869-06 | GASKET, TOWER | 1.49 | 1.49 |
| 1 | 7078 | SPACER | 1.49 | 1.49 |

Sub Total       : 45.45
Shipping:Standard Shipping (5-10 days)
Shipping and Handling Charge : 12.95
Tax          : 0.00
Total Order     : 58.40


*CF 6*



**Saturday, August 4, 2018 by 8pm**

**Vance & Hines 66007 FP3 Fuelpak Autotuner for Select 2007-13 Harley...**   $389.99

Qty: 1

Sold By: MASS Depot

## Payment information

**Payment Method**
Visa ending in 4200



**Billing Address**

## Shipping address

**James Spalding**
30510 ALPENA ST
SORRENTO, FL 32776-9282

## Order Summary

| | |
|---|---|
| Items: | $389.99 |
| Shipping & Handling: | $0.00 |
| Total Before Tax: | $389.99 |
| Estimated Tax Collected: | $0.00 |
| **Order Total** | **$389.99** |

*CF 7*



## Delivered

Delivery Estimate
**Thursday, July 12, 2018 by 8pm**

**BC 49MM BLK LONG
FORK BOOTS**
Qty: 1
Sold By: Longhorn Moto

$26.99

## Payment information



**Payment Method**
Visa ending in 4200

**Billing Address**

## Shipping address

**James Spalding**
30510 ALPENA ST
SORRENTO, FL 32776-9282

## Order Summary

| | |
|---|---|
| Items: | $26.99 |
| Shipping & Handling: | $0.00 |
| Total Before Tax: | $26.99 |
| Estimated Tax Collected: | $0.00 |
| **Order Total** | **$26.99** |

*CF 8*



# View order & return details

| | |
|---|---|
| Order date | Jul 10, 2018 |
| Order # | 113-9976455-1177031 |
| Order total | $255.05 (6 items) |

## Shipment 1 of 4

One-Day Shipping

### Delivered
Delivery Estimate
Thursday, July 12, 2018 by 8pm



PJ1 2-30W-1L 30W
Fork Tuner Oil, 1 L            $19.87
Qty: 2
Sold By: Amazon.com Services, Inc

## Shipment 2 of 4

One-Day Shipping

### Delivered
Delivery Estimate
Thursday, July 12, 2018 by 8pm



**Progressive Suspension**      $98.96
**11-1546 Progressive**

*CF 9*



.ıl Sprint 🛜      10:18 AM      23% 🔋

← ☰ **amazon** prime    🔍 🔔 🛒

# View order details

| | |
|---|---|
| Order date | Jul 4, 2018 |
| Order # | 113-8976790-0459427 |
| Order total | $261.94 (1 item) |

## Shipment details

One-Day Shipping

### Delivered

Delivery Estimate
Friday, July 6, 2018 by 8pm



**Biltwell Lane Splitter Helmet (X-LARGE) (FLAT BLACK)**     $249.95
Qty: 1
Sold By: MxMegastore

## Payment information

**Payment Method**
Visa ending in 

**Billing Address**

*Shipping address*

*CF 10*