PROGRESSIVE CLAIMS
5133 TYLER LAKES BLVD
WEST PALM BEACH, FL 33407



501004 6371 1 AB 0.408  CLTRS01J 028 006371

**Underwritten By:**
**Progressive Select Insurance Company**

Claim Number:   18-2159152
Loss Date:           October 1, 2018
Document Date: October 26, 2018
Page 1 of 1

JAMES SPALDING
30510 ALPINA STREET
SORRENTO, FL 32776

**claims.progressive.com**
Track the status and details of your claim, e-mail your representative or report a new claim.

# Claim Information

Dear Mr. Spalding

This letter is in response to your time limit demand dated Oct 23,2019. We have accepted liability for the accident that occurred on October 1,2018. We are in receipt of your demand for $9,627.52 we have set up for the inspection of your motorcycle so we can move the claim forward. Once we inspect your 2007 Harley Davidson and get the payoff from your lien holder we will be in touch. We look forward to setting this claim quickly for you. Please do not hesitate to contact me with any questions.

AMANDA PLOSKI
Claims Department
1-561-469-5049
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-561-469-5074

Form Z587 XX (01/08) FL

Exhibit F