IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY FLORIDA

Case No:

JAMES SPALDING,

    Plaintiff,

v.

ANGELA SEDA BORRERO,

    Defendant.

_____/

## COMPLAINT

Plaintiff, JAMES SPALDING, by and through the undersigned counsel hereby sues Defendant, ANGELA SEDA BORRERO, and alleges:

1. This cause of action is for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of attorneys' fees and costs.

2. At all times material to this cause of action the Plaintiff, JAMES SPALDING, was a resident of Lake County, Florida.

3. Upon information and belief, at all times material hereto, Defendant, ANGELA SEDA BORRERO, was a resident of Orange County, Florida.

4. The acts and omissions that form the basis for this cause of action all occurred in Orange County, Florida.

### BACKGROUND

5. On October 1, 2018, Plaintiff, JAMES SPALDING was operating his 2007 Harley-Davidson Dyna motorcycle traveling southbound on CR 435 in Apopka, Orange County, Florida.

Exhibit G

*CF 14*

6. At that time and place, Defendant, ANGELA SEDA BORRERO, was operating a motor vehicle traveling northbound on CR 435 in Apopka, Orange County, Florida.

7. At that time and place, Defendant, ANGELA SEDA BORRERO, negligently operated and/or maintained her vehicle causing it to collide with Plaintiff's vehicle.

## COUNT I

8. Plaintiff, JAMES SPALDING, re-alleges paragraphs 1-7 as if fully set forth herein.

9. Defendant, ANGELA SEDA BORRERO, had a duty to operate her vehicle in a safe, non-negligent manner.

10. Defendant, ANGELA SEDA BORRERO, breached this duty as alleged in paragraphs 5-7 above.

11. As a direct and proximate result of Defendant's negligence, Plaintiff, JAMES SPALDING, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. The losses are permanent and continuing and Plaintiff will suffer the losses into the future.

WHEREFORE Plaintiff, JAMES SPALDING, sues Defendant, ANGELA SEDA BORRERO, for compensatory damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000), exclusive of interest and costs, and further demands trial by jury on all issues so triable.

## Count II

12. Plaintiff, JAMES SPALDING, re-alleges paragraphs 1-7 as if fully set forth herein.

13. Defendant, ANGELA SEDA BORRERO, had a duty to operate her vehicle in a safe, non-negligent manner.

14. Defendant, ANGELA SEDA BORRERO, breached this duty as alleged in paragraphs 5-7 above.

15. As a direct and proximate result of Defendant, ANGELA SEDA BORRERO's negligence, Plaintiff, JAMES SPALDING, incurred unreimbursed damages to his motorcycle in the amount of $9,627.52, including the total value of the motorcycle, the aftermarket parts installed on the motorcycle, and helmet.

16. As a further direct and proximate result of Defendant, ANGELA SEDA BORRERO's negligence, Plaintiff, JAMES SPALDING also incurred expenses from loss of use of the vehicle.

WHEREFORE Plaintiff, JAMES SPALDING, sues Defendant, ANGELA SEDA BORRERO, for compensatory damages together with interest from the date of this crash, costs, and further demands trial by jury on all issues so triable.

Dated this 12th day of November 2018.

*s/ Paul C. Perkins, Jr.*
Paul C. Perkins, Jr., Esquire
Florida Bar No.: 899399
**Paul & Perkins, P.A.**
pperkins@paulandperkins.com
711 N. Orlando Ave., Ste. 202
Maitland, FL 32751
Phone: (407) 540-0122
Fax: (407) 540-0510
Attorney for Plaintiff

*CF 16*