PROGRESSIVE CLAIMS
5133 TYLER LAKES BLVD
WEST PALM BEACH, FL 33407

**PROGRESSIVE®**

501284 258 1 SP 0.510 CLTRS01L 002 000258

Underwritten By:
**Progressive Select Insurance Company**

Claim Number: 18-2159152
Loss Date: October 1, 2018
Document Date: November 28, 2018
Page 1 of 1

JAMES SPALDING
30510 ALPINA STREET
SORRENTO, FL 32776

**claims.progressive.com**
Track the status and details of your claim, e-mail your representative or report a new claim.

# Important information regarding your vehicle

Thanks for taking the time to talk to me about the damages to your 2007 HARLEY DAVIDSON MC. As we discussed, your vehicle is a total loss which means one of two things; the cost of the repairs needed to bring your vehicle back to the way it was prior to the loss is more than the value of the vehicle, or the cost of the repairs exceeds your state's pre-determined percentage of the vehicle's total value.

The total settlement amount for your vehicle is $8,372.33.

We are prepared to settle this total loss. The total amount is $8327.33 for the bike you owe $5262.21 to Motolease so the total check to you including compensation for the helmet would be $2862.63. Please contact me at your earliest connivance to set up the total loss meet.

Please call me if you have any questions.

Thank you,

AMANDA PLOSKI
Claims Department
1-561-469-5049
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-561-469-5074

Form Z595 XX (04/14) FL

Exhibit H