2018-12-06 15:54          ProgressiveInsurance 1 >> 407 540 0510          P 1/1
Case 6:24-cv-00141-JSS-DCI   Document 25-9   Filed 06/21/24   Page 1 of 1 PageID 485

**PROGRESSIVE**

December 6, 2018

Progressive Select Insurance Company
Maitland Claims Office
901 N. Lake Destiny Road, Suite 200
Maitland, FL 32751

Paul Perkins, Esq.
Paul & Perkins, P.A.
711 N. Orlando Avenue, Suite 202
Maitland, FL 32751
Fax (407) 540-0510

Re:   Our Insured:     Angela Maria Seda Borrero
      Claim Number:    18-2159152
      Date of Loss:    10/1/2018
      Your Client:     James Spalding

Dear Mr. Perkins:

It appears the previous adjuster had a type-o in her November 28, 2018 property damage offer letter. The Actual Cash Value of your client's motorcycle including tax is $8,372.33. We estimate the value of your client's helmet at $250.00, which would be a total of $8,622.33. Moto Lease has informed us the loan payoff for your client's loan is $5,262.21, which would equate to a property damage payment to your client in the amount of $3,360.12. Please let me know if this offer is acceptable at your earliest ability.

Should you have any questions, please feel free to contact me at the number below.

Sincerely,

Jason Gray
Claims Specialist Lead
407-618-8702
Fax: 407-618-8836

Exhibit I