IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2018-CA-12326-O

JAMES SPALDING,

    Plaintiff,

v.

ANGELA SEDA BORRERO,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant, ANGELA SEDA BORRERO (hereinafter "Defendant"), by and through its undersigned counsel, and pursuant to the Florida Rules of Civil Procedure 1.110, files its Answer and Affirmative Defenses to Plaintiff's Complaint. For purposes of this Answer, all allegations not specifically admitted are deemed denied. In response to the allegations contained in Plaintiff's Complaint, Defendant, ANGELA SEDA BORRERO, states as follows:

### JURISDICTIONAL ALLEGATIONS

1. Admitted for jurisdictional purposes only.
2. Without knowledge and, therefore, denied.
3. Admitted.
4. Admitted for jurisdictional purposes only.
5. Admitted.
6. Admitted.

Exhibit J

CF 379

CASE NO.: 2018-CA-12326-O

7. Denied.

## Count I

8. Defendant re-asserts and re-states her prior responses to Paragraphs 1-7, as if set forth fully herein.

9. Admitted.

10. Denied.

11. Denied.

## Count II

12. Defendant re-asserts and re-states her prior responses to Paragraphs 1-7, as if set forth fully herein.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendant affirmatively states that to the extent that the Plaintiff's own actions and/or omissions were the sole and proximate cause or proximately contributed to all or some of the Plaintiff's alleged damages, if any, any cause of action against Defendant should be barred, or alternatively, pursuant to applicable Florida Law, any damages or recovery to Plaintiff should be reduced accordingly.

### Second Affirmative Defense

Defendant affirmatively states that to the extent that Plaintiff's alleged damages

Page 2
**COLE, SCOTT & KISSANE, P.A.**
TOWER PLACE, SUITE 400 - 1900 SUMMIT TOWER BOULEVARD - ORLANDO, FLORIDA 32810 - (321) 972-0000 (321) 972-0099 FAX

*CF 380*