PROGRESSIVE CLAIMS
901 NORTH LAKE DESTINY ROAD
SUITE 200
MAITLAND, FL 32751

**PROGRESSIVE**®

PAUL & PERKINS
PAUL C PERKINS JR ESQ
711 N ORLANDO AVE
SUITE 202
MAITLAND, FL 32751

**Underwritten By:**
**Progressive Select Insurance Company**

Claim Number: 18-2159152
Loss Date: October 1, 2018
Document Date: December 14, 2018
Page 1 of 1

**claims.progressive.com**
Track the status and details of your claim, e-mail your representative or report a new claim.

# Claim Information

NAMED INSURED: Angela Seda
YOUR CLIENT: James Spalding

Dear Mr. Perkins, Esquire,

Our records show that the above captioned claim was settled on 10/22/2018 at which time a proposed release and draft were forwarded to your office. To date, I have not received the executed release back in my office. Please forward same to my attention as soon as possible so that I may close my file in regards to this matter.

Thank you for your cooperation and if you have any questions or wish to discuss this claim in further detail, please do not hesitate to contact me.

Sincerely,

JASON GRAY
Claims Department
1-407-618-8702
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-407-618-8836

Form Z587 XX (01/08) FL

Exhibit K

CF 997