CF 543

December 27, 2018

**PROGRESSIVE**
Progressive Select Insurance Company
Maitland Claims Office
901 N. Lake Destiny Road, Suite 200
Maitland, FL 32751

Paul Perkins, Esq.
Paul & Perkins, P.A.
711 N. Orlando Avenue, Suite 202
Maitland, FL 32751
Fax: (407) 540-0510

Re:  Our Insured:      Angela Maria Seda Borrero
     Claim Number:     18-2159152
     Date of Loss:     10/1/2018
     Your Client:      James Spalding
     Case:             2018-CA-12326-O / Spalding vs. Borrero

Dear Mr. Perkins:

I left you a message on December 5th, mailed you a letter on December 6th, and left you a message today requesting a call to discuss resolution of your client's property damage claim(s). I understand Moto Lease has the loan on your client's motorcycle, so I wanted to clarify your current demand to settle the property damage claim(s). If you could please return my call, it would be greatly appreciated.

Sincerely,

Jason Gray
Claims Specialist Lead
407-618-8702
Fax: 407-618-8836

Cc:  David Evelev, Esq.
     Angela Maria Seda Borrero

Exhibit L