January 3, 2019

**PROGRESSIVE**
Progressive Select Insurance Company
Maitland Claims Office
901 N. Lake Destiny Road, Suite 200
Maitland, FL 32751

Paul C. Perkins, Jr., Esq.
Paul & Perkins
711 N. Orlando Avenue, Suite 202
Maitland, FL 32751

Re:
Our Insured: Angela Seda a/k/a Angela Seda Borrero
Claim Number: 18-2159152
Date of Loss: October 1, 2018
Your Client: James Spalding
Vehicle: 2007 Harley Davidson
Case: 2018-CA-12326-O James Spalding vs. Angela Seda Borrero

Dear Mr. Perkins:

On December 6, 2018, I wrote you with an offer to settle your client's property damage claim. Since that time, I have seen the complaint you filed in the above referenced lawsuit. While we believe our property damage evaluation is accurate, in an effort to amicably resolve your client's property damage claim we are tendering $9,674.36 in exchange for a release and/or dismissal with prejudice of the property damage claim. This offer includes the $9,627.52 your client is seeking in the complaint plus $46.84 in statutory interest from the date oour last offer made on December 6, 2018 thru January 4, 2019. Enclosed you will find our property damage settlement draft in the amount of $9,674.36 made payable to Paul & Perkins, P.A. Trust Account f/b/o James Spalding, as well as our **proposed** release.

Our tender is not conditioned upon the execution of any particular form of release. If you have any objections to the language contained in the proposed release, please contact me immediately to discuss.

Sincerely,

Jason Gray
Claims Specialist Lead
407-618-8702
Fax: 407-618-8836

Enclosure: Proposed Release & Property Damage Draft

Cc: David Evelev, Esq.
Angela Seda Borrero

Exhibit M

CF 476