

# PAUL & PERKINS
ATTORNEYS AND COUNSELORS AT LAW

January 22, 2019

David R. Evelev, Esq.
Cole Scott Kisane, P.A.
1900 Summit Tower Blvd.
Suite 400
Orlando, FL 32810

Re:   Spalding, James vs. Angela Seda Borrero

Dear Mr. Evelev:

As I believe you are aware, I represent James Spalding in connection with his personal injury and property damage claims arising out of the accident of October 1, 2018. It is my understanding that Progressive has hired you to provide a defense for their insured, Angela Seda Borrero.

Enclosed please find Progressive's property damage check of $9,674.36 that was sent along with a cover letter from adjuster, Jason Gray, dated January 3, 2019.

In light of Progressive's refusal to pay Mr. Spaulding's reasonable property damage claims prior to the matter being placed into litigation, I am writing to request that you provide me with the name of Ms. Seda Barrero's personal counsel. If she has yet to retain personal counsel, I can suggest several capable Orlando attorneys who would most likely represent her with no out of pocket expense to her.

Thank you in advance for your time and consideration and I look forward to working with you on this case.

Sincerely,

Paul C. Perkins, Jr.

PCP/jcw

711 N. Orlando Ave., Ste. 202
Maitland, FL 32751

PAULANDPERKINS.COM

407.540.0122
800.736.7623

Exhibit N

*CF 475*