IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2018-CA-12326-O

JAMES SPALDING,

    Plaintiff,

v.

ANGELA SEDA BORRERO,

    Defendant.

_____/

FILED IN OPEN COURT   1/27/23
Clerk, Cir. Ct., Orange Co., FL
By _____ D.C.

## VERDICT FORM

We, the Jury, return the following verdict:

1. Was there negligence on the part of Defendant Angela Seda Borrero which was a legal cause of loss, injury, or damage to James Spalding?

   YES ✓    NO ____

**If your answer to question 1 is NO, your verdict is for defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.**

2. Was there negligence on the part of James Spalding which was a legal cause of his loss, injury, or damage?

   YES ____    NO ✓

**If your answer to question 2 is NO, do not answer question 3, and proceed to question 4. If your answer to question 2 is YES, please answer question 3.**

3. State the percentage of any negligence, which was a legal cause of loss, injury, or damage to James Spalding that you charge to:

   Defendant, Angela Seda Borrero                                        _____%

   Plaintiff, James Spalding                                                       _____%

                                                               Total must be 100%

Exhibit P

*In determining the amount of damage, do not make any reduction because of the negligence, if any, of James Spalding. If you find that James Spalding was negligent, the court entering the judgment will make an appropriate reduction in the damages awarded.*

**Please answer question 4.**

4. What is the total amount of reasonable and necessary medical expenses sustained by the Plaintiff, James Spalding, in the past or to be incurred in the future, caused by the accident with Defendant, Angela Seda Borrero?

    a.   In the past?   $ 139,018.63

    b.   In the future?   $ 2,000,000.00
    (reduced to present money value)

**Please answer question 5.**

5. What is the total amount of lost wages sustained by the Plaintiff, James Spalding, in the past, caused by the accident with Defendant, Angela Seda Borrero?

    a.   In the past?   $ 22,346.00

**Please answer question 6.**

6. What is the total amount of any damages suffered by Plaintiff, James Spalding for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of the capacity for the enjoyment of life, caused by the accident with Defendant, Angela Seda Borrero.

    a.   In the past?   $ 1,750,000.00

    b.   In the future?   $ 3,580,000.00

7. What are Plaintiff, James Spalding's total damages arising from the accident with Defendant, Angela Seda Borrero? *(Please add damages on lines 4a, 4b, 5a, 6a, and 6b, if applicable)*

    $ 7,491,364.63

*Please sign and date this verdict form and return it to the courtroom.*

SO SAY WE ALL this __27__ day of __January__, 2023.

_____
Foreperson