IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2018-CA-012326-O

JAMES SPALDING,

    Plaintiff,

v.

ANGELA SEDA BORRERO,

    Defendant.

_____/

## FINAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT ANGELA SEDA BORRERO

THIS CAUSE came before the Court following the jury's verdict and upon Plaintiff's Amended Motion to Enter Final Judgment dated April 26, 2023, and the Court having reviewed the pertinent court filings and otherwise being fully advised on the premises, it is hereby ORDERED and ADJUDGED that:

1. This Final Judgment is entered in accordance with the Order Granting Emergency Motion for Relief From Stay from the United State Bankruptcy Court, Middle District of Florida dated December 8, 2022 and the a jury verdict of January 27, 2023.

2. Plaintiff JAMES SPALDING shall recover from Defendant ANGELA SEDA BORRERO the total sum of seven million, four hundred eighteen thousand, three hundred ninety-one dollars and fifty-seven cents ($7,418,391.57) which shall bear interest at the prevailing statutory interest rate from the date of this judgment, for which let execution issue. Execution of this Final Judgment is subject to further order of the bankruptcy court.

Exhibit Q

3. The Court reserves jurisdiction to award, as appropriate, interest from the date of the verdict of January 27, 2023, amount and enforcement of sanctions as previously ordered, attorney's fees, costs, and to consider any motion to join Defendant's liability insurer as party defendant, pursuant to Florida Statute § 627.4136.

4. Pursuant to the Order Granting Emergency Motion for Relief From Stay entered in Case 6:22-bk-04290-LVV in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, Plaintiff shall not execute any judgment against Defendant ANGELA SEDA BORRERO in personam.

DONE AND ORDERED at Orlando, Orange County, Florida this 27th day of April 2023.

THOMAS W. TURNER
CIRCUIT JUDGE

FILED IN OPEN COURT 4/27/23
Clerk, Cir. Ct., Orange Co., FL
By _____ D.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished by e-mail this ___ day of April 2023, to: Paul C. Perkins, Jr., Esq., Counsel for Plaintiff, pperkins@paulandperkins.com, jwilliams@paulandperkins.com; Rob Chaiken, Esq., Co-Counsel for Plaintiff, rchaiken@chaikenlaw.com; jkile@chaikenlaw.com; Ryan Sawyer, Esq., Cole Scott & Kissane, P.A., Attorney for Defendant, at gene.kissane@csklegal.com; ryan.sawyer@csklegal.com; Cyndee.murphy@csklegal.com.

_____
JUDICIAL ASSISTANT