ORDERED.

Dated:  December 08, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Angela M. Seda Borrero,   Case No.: 6:22-bk-04290-LVV
  Chapter 7
　　　　Debtor.
_____/

**ORDER GRANTING EMERGENCY MOTION FOR RELIEF FROM STAY (Doc. No. 6)**

This case came before the Court, without a hearing to consider the *Emergency Motion for Relief from Stay* (Doc. No. 6) (the "Motion") filed on December 7, 2022 by James Spalding (the "Plaintiff" or "Tort Claimant"). This Court, having considered the Motion, and being otherwise fully advised in the premises, Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay is terminated under 11 U.S.C. § 362(d) with respect to the Tort Action, as defined in the Motion.

3. The Tort Claimant is authorized to prosecute the Tort Action against the Debtor pending in the Circuit Court of Orange County, Florida, *styled Spalding James v Borrero, Angela Seda*, case no. 2018-CA-012326-O to the extent of liquidating any and all manner of liability of the Debtor to final judgment, together with any post-judgment and/or appellate proceedings and enforce any claim available against a third party, including insurance carriers. However, under no circumstances shall the Tort Claimant execute as against the Debtor or property of the estate.

4. The relief granted herein precludes any other *in rem* or *in personam* relief with respect to the Debtor or property of the estate.

5. The stay is also terminated, to the extent that it exists, as it relates to the entitlement of the Tort Claimant to pursue insurance claims and any other non-debtor claims pertaining to the same liabilities asserted by the Tort Claimant in the Tort Action.

6. The Tort Claimant may proceed against any insurer of the covered loss.

*Attorney Jonathan M. Sykes is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*